No. 91.—GEORGE W. CRAWFORD, Gov. &c. for the use of C. C. CODY and others, plaintiff in error, *vs.* JEREMIAH PERRYMAN and others, defendants.

[1.] The writ of error will be dismissed, if more than ten days intervene between the filing of the original notice and the certifying of the transcript of the record.

A motion was made to dismiss this writ of error, on the ground that more than ten days elapsed between the filing of the notice

McDade vs. Burch.

of the signing the bill of exceptions, and the certificate of the Clerk to the transcript of the record.

STEPHENS, for the motion.

JOHNSTON, contra.

*By the Court.*—WARNER, J.

[1.] This objection is well taken ; the 4th section of the Act of 1845, requires that the Clerk shall certify and send up to this Court, a complete transcript of the record of the cause below, within ten days after he shall have received the original notice, with the return of service thereon.

Let the writ of error be dismissed.